FILED
Oct 08 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY        s/ A Cortez        DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MARK LARSEN, ET AL.,<br><br>　　　　　　Defendants. | Case No. '24 CR2111 TWR<br><br>**NOTICE OF RELATED CASE**<br><br>**SEALED** |

TO THE CLERK OF THE COURT:

Please take notice that the above entitled case is related to United States of America v. James Soriano, et al., Case Nos. 23CR2282TWR and 24CR0341TWR, pursuant to Local Rule 57.2.1, Related Cases. The United States Attorney certifies the cases are related for the following reason(s):

_____ (1) All of the defendants named in each of the cases are the same and none of the cases include defendants not named in any of the other cases.

__X__ (2) Prosecution against different defendants arises from:

　　　　_____ (a) A common wiretap

　　　　__X__ (b) A common search warrant

　　　　_____ (c) Activities that are part of the same alleged criminal event or transaction; that is, the cases involved substantially the same facts and the same questions of law.

DATED: October 8, 2024.

　　　　　　　　　　　　　　　　_/s/_ TARA K. McGRATH
　　　　　　　　　　　　　　　　United States Attorney