TARA K. MCGRATH
United States Attorney
PATRICK SWAN (CA Bar No. 306526)
KATHERINE MCGRATH (CA Bar No. 287692)
Assistant United States Attorneys
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-9054
Email: Katherine.mcgrath@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 24CR2111-TWR |
| v. | LOCAL RULE 16.1.a STATUS REPORT REGARDING DISCOVERY |
| MARK LARSEN (1), CASK TECHNOLOGIES, LLC (2), | |
| Defendants. | |

    Pursuant to Local Criminal Rule 16.1.a, the United States hereby provides this status report regarding discovery. The parties have not yet come to agreement as to pretrial disclosures; accordingly, this status report does not reflect those at this time. Discovery, as detailed below, is voluminous. The United States anticipates that at that motion hearing scheduled for December 6, 2024, the parties will be requesting a new motion hearing/trial setting date. The United States further anticipates that the Parties will separately file a joint motion asking the Court to declare the case complex.

//
//
//
//

# I
# STATUS OF DISCOVERY

## A. Discovery to be Produced by the United States

On October 8, 2024, a federal grand jury returned an Indictment charging both Defendants with conspiracy, in violation of 18 U.S.C. § 371 and Defendant Larsen with bribery, in violation of 18 U.S.C. § 201(b)(1)(A) and (C). Both Defendants made their initial appearances on October 30, 2024, before the Honorable Barbara L. Major.

Following the initial appearances, the Parties met and conferred and ultimately agreed upon a Joint Motion for Protective Order. That motion was filed, and a jointly proposed protective order was submitted to the Court, on December 2, 2024. ECF 18. A protective order was entered on December 3, 2024. ECF 19. In light of that Order, United States will begin production of discovery in short order. The discovery in this case is voluminous and processing the discovery and copying it over is time consuming. It is anticipated that the first round of discovery will contain over 1 TB of discovery. The materials will be indexed, processed to be text-searchable where feasible, and well-organized in categories. Accordingly, the United States submits that will produce discovery required by Federal Rule of Criminal Procedure ("Rule") 16 and other requirements. To date, the United States has not received any reports of scientific examinations, tests or experiments. The United States will comply with its obligations under Rule 16, *Brady v. Maryland*, 383 U.S. 83 (1963), and *Giglio v. United States*, 405 U.S. 105 (1972). As the United States compiles additional discovery materials, they will continue to be provided on a rolling basis to the defense. The United States will submit a supplemental Status Report Regarding Discovery prior to the next motion hearing date.

As of the date of this filing, no disputes have been brought to the attention of the prosecutors or the paralegal regarding the discovery, although the United States recognizes that disputes may arise once counsel is able to review the materials being produced. The paralegal assigned to this matter is available to answer questions and address any technical

issues, and the United States is prepared to address and resolve any discovery disputes should they arise.

## II
## **PRE-TRIAL DISCLOSURES**

The parties have not yet agreed upon the timing of pretrial disclosures, but given the request for additional time prior to the motion hearing date, would prefer to wait until the next date to agree upon any deadlines. Once the parties reach an agreement, the United States will provide their proposed pretrial disclosure deadlines to the Court.

## III
## **CONCLUSION**

The United States respectfully submits this status report.

Respectfully submitted,

TARA K. MCGRATH
United States Attorney

*/s/ Katherine E. A. McGrath*
KATHERINE MCGRATH
Assistant United States Attorney